**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| KRISTIN HART, individually and as co-successor-in-interest to Decedent KYLE HART; E.H., individually and as co-successor-in-interest to Decedent KYLE HART; W.H., individually and as co-successor-in-interest to Decedent KYLE HART, | No. 22-17008 D.C. No. 4:21-cv-02653-YGR |
| *Plaintiffs-Appellees*, | |
| v. | ORDER |
| CITY OF REDWOOD CITY, a municipal corporation; DANIEL MULHOLLAND, individually and in his capacity as Chief of Police for the CITY OF REDWOOD CITY; ROMAN GOMEZ, individually and in his official capacity as a Police Officer for the CITY OF REDWOOD CITY; LEILA VELEZ, individually and in her official capacity as a Police Officer for the CITY OF REDWOOD CITY, | |
| *Defendants-Appellants* | |

Filed October 30, 2024

Before:  Eric D. Miller, Bridget S. Bade, and Lawrence
VanDyke, Circuit Judges.

**ORDER**

Judge Miller, Judge Bade, and Judge VanDyke have voted to deny Appellee's petition for rehearing en banc.

The full court has been advised of the petition for rehearing en banc.  A judge of the court requested a vote on en banc rehearing.  The majority of the active judges have voted to deny rehearing the matter en banc.  Fed. R. App. P. 35(f).

The petition for rehearing en banc is DENIED.